UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY STEVENS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-11-3106-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 18.) Attorney D. James Tree represents Plaintiff Larry Stevens; Special Assistant United States Attorney Michael S. Howard represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 18)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct the ALJ to assess the impairment of incontinence/chronic diarrhea, and evaluate the severity of it in accordance with 20 C.F.R. §§ 404.1520, 416.920,

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

404.1521, and 416.921. The ALJ will be directed to evaluate the lay witness statement, in accordance with *Social Security Ruling* (*SSR*) 06-03p, and the opinion of Nurse Campbell, in accordance with the applicable regulations. The ALJ will reconsider Plaintiff's credibility and his maximum residual functional capacity, and will be directed to provide specific references to evidence of record. Plaintiff's subsequent claim for Supplemental Security Income, filed on February 7, 2011, is pending at the hearing level and will be consolidated with the instant case.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    Plaintiff's Motion for Summary Judgment (**ECF No. 12**) is stricken as moot.

    4.    An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED July 31, 2012.


                        S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE