1

2              UNITED STATES DISTRICT COURT

3              EASTERN DISTRICT OF WASHINGTON

4

5   LARRY STEVENS,                    )
                                      )
6            Plaintiff,               )
                                      )        NO.  CV-11-3106-CI
7   vs.                               )
                                      )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                )        **CIVIL CASE**
    Commissioner of Social Security,  )
9                                     )
             Defendant.               )
10                                    )
                                      )
11  _____   )

12      **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant

14  to sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 31st day of July, 2012.

20                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
21

22
                                      By:  s/Renea Ferrante
23                                         Deputy Clerk

24

25
    cc: all counsel
26